RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED ___Y-3___
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE _____

UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

CIVIL ACTION NO.

ANACELY SOTO, PPA ANA MATOS
SOTO, AND ANA MATOS SOTO
INDIVIDUALLY
    PLAINTIFF'S

v.

THE UNITED STATES OF AMERICA
ANN ABBOTT, CNM AND MARY
GREEN, R.N.

DEFENDANTS

05 10985 MEL

MAGISTRATE JUDGE _____

### PLAINTIFF'S COMPLAINT

COUNT I.

1.  The plaintiff, Anacely Soto, is a minor who brings this action through her mother and next friend, Ana Matos Soto, a resident of Boston, Suffolk County, Massachusetts.

2.  The defendant, the United States of America, is a public employer within the meaning of 28 U.S.C. §1346(b) and 2671 et seq., and at all times herein, Ann Abbott, CNM, was an employee of federally funded, Joseph Smith Community Health Center, has been deemed by the Public Health Service eligible for protection under the Federal Tort Claims Act pursuant to 42 U.S.C. §233.

3.  This action is brought to recover for the severe and permanent personal injuries of Anacely Soto pursuant to 28 U.S.C. §§1346 and 2671 et seq.

4.  Jurisdiction is based on 28 U.S.C. §1346(b), the Federal Tort Claims Act.

5.  All statutory conditions precedent to filing suit have been met.

6.  At all times relevant to this complaint, the defendant, The United States of America, by its agents, servants or employees, represented and held itself out to be

skilled in the treatment of various illnesses and conditions and, in particular, represented to the plaintiffs that it was knowledgeable, competent and qualified to diagnose and treat Ana Matos Soto and Anacely Soto on or about July 18, 2003 through July 19, 2003.

7. On or about July 18, 2003 through July 19, 2003 the plaintiff, Ana Matos Soto submitted herself to the care and treatment of the defendant, The United States of America, by its agents, servants or employees, who negligently and carelessly and without regard for the plaintiff's decedent's health and well-being, treated Ana Matos Soto and Anacely Soto in a manner which resulted in the plaintiff's severe and permanent injuries .

8. The injuries sustained by the minor plaintiff, Anacely Soto, were the direct and proximate result of the carelessness, unskillfulness, negligence and improper care and treatment by the defendant, the United States of America, by its agents, servants or employees, including but not limited to the following:

    a. its misrepresentations to the plaintiffs that it was knowledgeable, skillful and competent to diagnose and treat Ana Matos Soto and Anacely Soto on or about July 18, 2003 through July 19, 2003;

    b. its failure to adequately and properly diagnose the medical condition of Ana Matos Soto and Anacely Soto on or about July 18, 2003 through July 19, 2003, and its failure to properly treat said conditions;

    c. its failure to recognize, or to have the knowledge to recognize its inability and lack of skill to treat Ana Matos Soto and Anacely Soto, when it knew or should have known of the foreseeable consequences of its inability and failure to properly and skillfully provide Ana Matos Soto and Anacely Soto with acceptable medical care and treatment;

    d. its failure to possess and exercise that degree of skill, training and care as is possessed and exercised by the average qualified members of the medical profession practicing its specialty;

    e. its failure to inform and to warn of the risks involved in or associated with Ana Matos Soto and Anacely Soto conditions and failure to inform and to warn about the treatment of said conditions.

WHEREFORE, the minor plaintiff, Anacely Soto, through her mother and next friend, Ana Matos Soto, prays judgment against the defendant, the United States of America, by its agents, servants or employees, in an amount which is just and appropriate to compensate her for her injuries, together with interest and costs.

COUNT II.

1.  The plaintiffs, Ana Matos Soto and Anacely Soto, repeat and reaver all of the allegations contained in Paragraphs One through Six of Count I above, as if expressly rewritten and set forth herein.

2.  This action is brought to recover for the conscious pain and suffering of Anacely Soto.

3.  As the direct and proximate result of the carelessness and negligence of the defendant, The United States of America, by its agents, servants or employees, Anacely Soto, was caused to suffer severe and permanent injuries.

WHEREFORE, the plaintiffs, Ana Matos Soto and Anacely Soto pray judgment against the defendant, The United States of America, by its agents, servants or employees, in an amount to be determined by a jury, together with interest and costs.

COUNT III.

1.  The plaintiffs, Ana Matos Soto and Anacely Soto are residents of Boston, Suffolk County, Massachusetts.

2.  The defendant, the United States of America, is a public employer within the meaning of 28 U.S.C. §1346(b) and 2671 et seq., and at all times herein the Joseph Smith Community Health Center of Allston has been deemed by the Public Health Service eligible for protection under the Federal Tort Claims Act pursuant to 42 U.S.C. §233.

3.  This action is brought to recover for the severe and permanent injuries of the minor plaintiff, Anacely Soto.

4.  At all times relevant to this complaint, the defendant, The United States of America, by its agents, servants or employees, represented and held itself out to be skilled in the treatment of various illnesses and conditions and, in particular, represented to the plaintiffs that it was knowledgeable, competent and qualified to diagnose and treat Ana Matos Soto and the minor plaintiff, Anacely Soto on or about July 18, 2003 through July 19, 2003;.

5.  On or about July 18, 2003 through July 19, 2003, Ana Matos Soto submitted herself to the care and treatment of the defendant, The United States of America, by its agents, servants or employees, who negligently, carelessly and recklessly and without regard for Ana Matos Soto and the minor plaintiff, Anacely Soto's, health and well-being, treated Ana Matos Soto and Anacely Soto in a manner which resulted in the plaintiff's minor's severe and permanent injuries on or about July 18,

2003 through July 19, 2003.

6.  The severe and permanent injuries to Anacely Soto, were the direct and proximate result of the malicious, willful, wanton or reckless conduct of the defendant, The United States of America, by its agents, servants or employees, or by the gross negligence of the defendant on or about July 18, 2003 through July 19, 2003.

WHEREFORE, the minor plaintiff, Anacely Soto, through her mother and next friend, Ana Matos Soto, prays judgment against the defendant, the United States of America, by its agents, servants or employees, in an amount which is just and appropriate to compensate her for her injuries, together with interest and costs.

COUNT IV.

1.  The plaintiffs, Anacely Soto and Ana Matos Soto, repeat and reaver fully herein Paragraphs One through Four of Count I of this complaint as if each were set forth here in its entirety.

2.  In or about July 18, 2003 through July 19, 2003, average qualified members of the medical profession practicing the defendant's specialty knew or should have known of the risks, potential consequences and alternatives to the defendant's choice of treatment of the minor plaintiff.

3.  In or about July 18, 2003 through July 19, 2003, the defendant, The United States of America, by its agents, servants or employees, knew or should have known of the risks, potential consequences and alternatives to the defendant's choice of treatment of Anacely Soto and Ana Matos Soto.

4.  In or about July 18, 2003 through July 19, 2003, the defendant, The United States of America, by its agents, servants or employees, did not inform the plaintiffs of the alternatives to and risks and potential consequences of the defendant's choice of treatment of Anacely Soto and Ana Matos Soto.

5.  If the defendant, The United States of America, by its agents, servants or employees, had informed the plaintiffs of the alternatives to and risks and potential consequences of the defendant's choice of treatment of Anacely Soto and Ana Matos Soto, neither the plaintiffs nor a reasonable person in their position would have elected the defendant's choice of treatment.

6.  The alternatives to and the risks and potential consequences of the defendant's choice of treatment were material to a decision by the plaintiffs and a reasonable person in their position as to whether to undergo the defendant's choice of treatment.

7.  The severe and permanent injuries to the minor plaintiff Anacely Soto, were the direct and proximate result of the defendant, The United States of America, by its agents', servants' or employees' failure to obtain the informed consent of the plaintiffs.

WHEREFORE, the minor plaintiff, Anacely Soto, through her mother and next friend, Ana Matos Soto, prays judgment against the defendant, the United States of America, by its agents, servants or employees, in an amount which is just and appropriate to compensate her for her injuries, together with interest and costs.

COUNT V.

1.  The plaintiffs, Anacely Soto and Ana Matos Soto, repeat and reaver all of the allegations contained in Paragraphs One through Seven of Count IV of this complaint as if each were set forth here in its entirety.

2.  This action is brought to recover for the conscious pain and suffering of the minor plaintiff Anacely Soto.

3.  As the direct and proximate result of the defendant, The United States of America, by its agents', servants' or employees' failure to inform the plaintiffs of the alternatives to and risks and potential consequences of the defendant's treatment, the minor plaintiff, Anacely Soto, was caused to suffer severe and permanent injuries.

WHEREFORE, the plaintiffs, Anacely Soto and Ana Matos Soto, pray judgment against the defendant, The United States of America, by its agents, servants or employees, in an amount to be determined by a jury, together with interest and costs.

COUNT VI.

1.  The plaintiff, Anacely Soto, is a minor who brings this action through her mother and next friend, Ana Matos Soto, a resident of Boston, Suffolk County, Massachusetts.

2.  The defendant, United States of America, through its employee, Ann Abbott, CNM, a government employee, was at all times relevant to this complaint a registered nurse licensed to practice in the Commonwealth of Massachusetts.

3.  At all times relevant to this complaint, the defendant, United States of America, through its employee, Ann Abbott, CNM, a government employee, represented and held herself out to be skilled in the treatment of various illnesses and conditions and, in particular, represented to the minor plaintiff's parents that she was knowledgeable, competent and qualified to diagnose and treat the minor

plaintiff and her mother on or about July 18, 2003 through July 19, 2003.

4.     On or about July 18, 2003 through July 19, 2003, Ana Matos Soto submitted herself to the care and treatment of the defendant, United States of America, through its employee, Ann Abbott, CNM, a government employee, who negligently and carelessly and without regard for the plaintiff's health and well-being, treated the minor plaintiff and her mother, in a manner which resulted in severe personal injuries to the minor plaintiff, Anacely Soto.

5.     The injuries sustained by the minor plaintiff, Anacely Soto, were the direct and proximate result of the carelessness, unskillfulness, negligence and improper care and treatment by the defendant, United States of America, through its employee, Ann Abbott, CNM, a government employee, including but not limited to the following:

   a. her misrepresentations to the minor plaintiff's parents that she was knowledgeable, skillful and competent to diagnose and treat the minor plaintiff and her mother on or about July 18, 2003 through July 19, 2003;

   b. her failure to adequately and properly diagnose the medical condition of the minor plaintiff and her mother on or about July 18, 2003 through July 19, 2003, and her failure to properly treat said condition;

   c. her failure to recognize, or to have the knowledge to recognize her inability and lack of skill to treat the minor plaintiff and her mother, when she knew or should have known of the foreseeable consequences of her inability and failure to properly and skillfully provide the minor plaintiff and her mother with acceptable medical care and treatment;

   d. her failure to possess and exercise that degree of skill, training and care as is possessed and exercised by the average qualified members of the medical profession practicing her specialty;

   e. her failure to inform and to warn of the risks involved in or associated with the minor plaintiff's condition and failure to inform and to warn about the treatment of said condition.

6.     As a direct and proximate result of the negligence, carelessness and unskillfulness of the defendant, United States of America, through its employee, Ann Abbott, CNM, a government employee, the minor plaintiff, Anacely Soto, was caused to sustain severe and permanent personal injuries; has suffered and will continue to suffer great pain of body and anguish of mind; has been hospitalized and

will continue to be hospitalized and disabled for a long period of time; has been and will continue to be unable to pursue normal activities; and her ability to enjoy life has been permanently adversely affected.

WHEREFORE, the minor plaintiff, Anacely Soto, through her mother and next friend, Ana Matos Soto, prays judgment against the defendant, United States of America, through its employee, Ann Abbott, CNM, a government employee, in an amount which is just and appropriate to compensate her for her injuries, together with interest and costs.

COUNT VII.

1. The minor plaintiff, Anacely Soto, through her mother and next friend, Ana Matos Soto, repeats and reavers fully herein Paragraphs One through Four of Count VI of this complaint as if each were set forth here in its entirety.

2. On or about July 18, 2003 through July 19, 2003, average qualified members of the medical profession practicing the defendant's specialty knew or should have known of the risks, potential consequences and alternatives to the defendant's choice of treatment of the minor plaintiff and her mother.

3. On or about July 18, 2003 through July 19, 2003, the defendant, United States of America, through its employee, Ann Abbott, CNM, a government employee, knew or should have known of the risks, potential consequences and alternatives to the defendant's choice of treatment of the minor plaintiff and her mother.

4. On or about July 18, 2003 through July 19, 2003, the defendant, United States of America, through its employee, Ann Abbott, CNM, a government employee, did not inform the minor plaintiff's parents of the alternatives to and risks and potential consequences of the defendant's choice of treatment of the minor plaintiff and her mother.

5. If the defendant, United States of America, through its employee, Ann Abbott, CNM, a government employee, had informed the minor plaintiff's parents of the alternatives to and risks and potential consequences of the defendant's choice of treatment of the minor plaintiff, neither they nor a reasonable person in their position would have elected the defendant's choice of treatment.

6. The alternatives to and the risks and potential consequences of the defendant's choice of treatment were material to a decision by the minor plaintiff's parents and a reasonable person in their position as to whether to undergo the defendant's choice of treatment.

7. As a direct and proximate result of the defendant, United States of America, through its employee, Ann Abbott, CNM, a government employee, failure to inform the minor plaintiff's parents of the alternatives to and risks and potential consequences of the defendant's treatment, the minor plaintiff, Anacely Soto, was caused to sustain severe and permanent personal injuries; has suffered and will continue to suffer great pain of body and anguish of mind; has been and will continue to be hospitalized; has been and will continue to be unable to pursue normal activities, and her ability to enjoy life has been permanently adversely affected.

WHEREFORE, the minor plaintiff, Anacely Soto, through her mother and next friend, Ana Matos Soto, prays judgment against the defendant, United States of America, through its employee, Ann Abbott, CNM, a government employee, in an amount which is just and appropriate to compensate her for her injuries, together with interest and costs.

## COUNT VIII.

1. The plaintiff, Ana Matos Soto, is the mother of Anacely Soto, and a resident of Boston, Suffolk County, Massachusetts.

2. The defendant, United States of America, through its employee, Ann Abbott, CNM, a government employee, was at all times relevant to this complaint a registered nurse licensed to practice in the Commonwealth of Massachusetts.

3. The plaintiff, Ana Matos Soto, repeats and reavers fully herein the allegations contained in the aforementioned Counts pleaded by the minor plaintiff, Anacely Soto, through her mother and next friend, Ana Matos Soto, against the defendant, , United States of America, through its employee, Ann Abbott, CNM, a government employee, in this complaint as if each were set forth here in its entirety.

4. As a direct and proximate result of the defendant, , United States of America, through its employee, Ann Abbott, CNM, a government employee, negligence, and failure to obtain informed consent, the plaintiff, Ana Matos Soto, has had severely restricted the benefit of the full services, society and affection of Anacely Soto.

WHEREFORE, the plaintiff, Ana Matos Soto, prays judgment against the defendant, United States of America, through its employee, Ann Abbott, CNM, a government employee, in an amount which is just and appropriate to compensate her for her injuries, together with interest and costs.

COUNT IX.

1.  The plaintiff, Anacely Soto, is a minor who brings this action through her mother and next friend, Ana Matos Soto, a resident of Boston, Suffolk County, Massachusetts.

2.  The defendant, Mary Green, RN, was at all times relevant to this complaint a registered nurse licensed to practice in the Commonwealth of Massachusetts.

3.  At all times relevant to this complaint, the defendant, Mary Green, RN, represented and held herself out to be skilled in the treatment of various illnesses and conditions and, in particular, represented to the minor plaintiff's parents that she was knowledgeable, competent and qualified to diagnose and treat the minor plaintiff and her mother on or about July 18, 2003 through July 19, 2003.

4.  On or about July 18, 2003 through July 19, 2003, Ana Matos Soto submitted herself to the care and treatment of the defendant, Mary Green, RN, who negligently and carelessly and without regard for the plaintiff's health and well-being, treated the minor plaintiff and her mother, in a manner which resulted in severe personal injuries to the minor plaintiff, Anacely Soto.

5.  The injuries sustained by the minor plaintiff, Anacely Soto, were the direct and proximate result of the carelessness, unskillfulness, negligence and improper care and treatment by the defendant, Mary Green, RN, including but not limited to the following:

    a.  her misrepresentations to the minor plaintiff's parents that she was knowledgeable, skillful and competent to diagnose and treat the minor plaintiff and her mother on or about July 18, 2003 through July 19, 2003;

    b.  her failure to adequately and properly diagnose the medical condition of the minor plaintiff and her mother on or about July 18, 2003 through July 19, 2003, and her failure to properly treat said condition;

    c.  her failure to recognize, or to have the knowledge to recognize her inability and lack of skill to treat the minor plaintiff and her mother, when she knew or should have known of the foreseeable consequences of her inability and failure to properly and skillfully provide the minor plaintiff and her mother with acceptable medical care and treatment;

    d.  her failure to possess and exercise that degree of skill, training and care as is possessed and exercised by the average qualified members

of the medical profession practicing her specialty;

  e. her failure to inform and to warn of the risks involved in or associated with the minor plaintiff's condition and failure to inform and to warn about the treatment of said condition.

6. As a direct and proximate result of the negligence, carelessness and unskillfulness of the defendant, Mary Green, RN, the minor plaintiff, Anacely Soto, was caused to sustain severe and permanent personal injuries; has suffered and will continue to suffer great pain of body and anguish of mind; has been hospitalized and will continue to be hospitalized and disabled for a long period of time; has been and will continue to be unable to pursue normal activities; and her ability to enjoy life has been permanently adversely affected.

  WHEREFORE, the minor plaintiff, Anacely Soto, through her mother and next friend, Ana Matos Soto, prays judgment against the defendant, Mary Green, RN, in an amount which is just and appropriate to compensate her for her injuries, together with interest and costs.

## COUNT X

1. The minor plaintiff, Anacely Soto, through her mother and next friend, Ana Matos Soto, repeats and reavers fully herein Paragraphs One through Four of Count IX of this complaint as if each were set forth here in its entirety.

2. On or about July 18, 2003 through July 19, 2003, average qualified members of the medical profession practicing the defendant's specialty knew or should have known of the risks, potential consequences and alternatives to the defendant's choice of treatment of the minor plaintiff and her mother.

3. On or about July 18, 2003 through July 19, 2003, the defendant, Mary Green, RN, knew or should have known of the risks, potential consequences and alternatives to the defendant's choice of treatment of the minor plaintiff and her mother.

4. On or about July 18, 2003 through July 19, 2003, the defendant, Mary Green, RN, did not inform the minor plaintiff's parents of the alternatives to and risks and potential consequences of the defendant's choice of treatment of the minor plaintiff and her mother.

5. If the defendant, Mary Green, RN, had informed the minor plaintiff's parents of the alternatives to and risks and potential consequences of the defendant's choice of treatment of the minor plaintiff, neither they nor a reasonable person in their position would have elected the defendant's choice of treatment.

6.   The alternatives to and the risks and potential consequences of the defendant's choice of treatment were material to a decision by the minor plaintiff's parents and a reasonable person in their position as to whether to undergo the defendant's choice of treatment.

7.   As a direct and proximate result of the defendant, Mary Green, RN's failure to inform the minor plaintiff's parents of the alternatives to and risks and potential consequences of the defendant's treatment, the minor plaintiff, Anacely Soto, was caused to sustain severe and permanent personal injuries; has suffered and will continue to suffer great pain of body and anguish of mind; has been and will continue to be hospitalized; has been and will continue to be unable to pursue normal activities, and her ability to enjoy life has been permanently adversely affected.

   WHEREFORE, the minor plaintiff, Anacely Soto, through her mother and next friend, Ana Matos Soto, prays judgment against the defendant, Mary Green, RN, in an amount which is just and appropriate to compensate her for her injuries, together with interest and costs.

COUNT XI.

1.   The plaintiff, Ana Matos Soto, is the mother of Anacely Soto, and a resident of Boston, Suffolk County, Massachusetts.

2.   The defendant, Mary Green, RN, was at all times relevant to this complaint a registered nurse licensed to practice in the Commonwealth of Massachusetts.

3.   The plaintiff, Ana Matos Soto, repeats and reavers fully herein the allegations contained in the aforementioned Counts pleaded by the minor plaintiff, Anacely Soto, through her mother and next friend, Ana Matos Soto, against the defendant Mary Green, RN, in this complaint as if each were set forth here in its entirety.

4.   As a direct and proximate result of the defendant, Mary Green, RN's negligence, and failure to obtain informed consent, the plaintiff, Ana Matos Soto, has had severely restricted the benefit of the full services, society and affection of Anacely Soto.

   WHEREFORE, the plaintiff, Ana Matos Soto, prays judgment against the defendant, Mary Green, RN, in an amount which is just and appropriate to compensate her for her injuries, together with interest and costs.

PLAINTIFF CLAIMS TRIAL BY JURY.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,
BY THEIR ATTORNEY,

*Elizabeth N Mulvey*
ELIZABETH N. MULVEY
FLORENCE CAREY
CROWE AND MULVEY, L.L.P.
141 TREMONT STREET
BOSTON, MA 02111
BBO# 542091
BBO# 554422