# UNITED STATES DISTRICT COURT

District of _____

Anacely Soto, PPA Ana Matos
Soto, and Ana Matos Soto,
Individually

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10985 MEL**

TO: (Name and address of Defendant)

MARY GREEN, R.N.
c/o
Mount Auburn Hospital/Legal Department
330 Mount Auburn Street
CAmbridge, MA  02238

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth N. Mulvey, Esquire
CROWE & MULVEY, LLP
141 Tremont Street, Suite 8
Boston, MA  02111

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SA[...]                                   ___-12-05___
CLERK                                     DATE

(By) DEPUTY CLERK



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

May 20, 2005

I hereby certify and return that on 5/19/2005 at 11:01AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to pat cohn, agent, person in charge at the time of service for MARY GREEN, R.N., at C/O MOUNT AUBURN HOSPITAL/LEGAL DEPT, 330 MOUNT AUBURN STREET, Cambridge, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.60), Postage and Handling ($1.00), Travel ($1.28) Total Charges $37.88

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date            Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.