# UNITED STATES DISTRICT COURT

District of _____

_____

Anacely Soto, PPA Ana Matos
Soto, and Ana Matos Soto
Individually

V.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of Defendant)

# 05  10985 MEL

The United States of America
United States Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth N. Mulvey, Esquire
CROWE & MULVEY, LLP
141 Tremont Street, Suite 8
Boston, MA  02111

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

S_____N                          5-12-05

CLERK                                          DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999

*Suffolk, ss.*

**May 25, 2005**
**I hereby certify and return that on 5/23/2005 at  1:00PM I served a true and**
**attested copy of the Summons and Complaint in this action in the following manner:**
**To wit, by delivering in hand to I.Ferrar,  agent and person in charge at the time**
**of service for The United States of America, at United States Attorney's Office,  1**
**Courthouse Way,  Suite 2300, U.S. Courthouse Boston, MA 02210. U.S. District Court**
**Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling**
**($1.00), Attest/Copies ($5.00) Total Charges $42.00**

*Deputy Sheriff*

**Deputy Sheriff    George Slyva**

---

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me" | |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
Date               Signature of Server

_____
Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action