%AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Anacely Soto,PPA Ana Matos
Soto, and Ana Matos Soto,
Individually

V.

FILED
THIS OFFICE

**SUMMONS IN A CIVIL CASE**

DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

# 05  10985 MEL

TO: (Name and address of Defendant)

Unites States Attorney's Office
    (ON BEHALF OF
ANN ABBOTT, CNM, AN EMPLOYEE OF THE
JOSEPH SMITH COMMUNITY HEALTH  CENTER)
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth N. Mulvey, Esquire
CROWE & MULVEY, LLP
141 Tremont Street, Suite 8
Boston, MA  02111

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

SARAH A. THORNTON

5-12-05

CLERK                                                    DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                 Date                          *Signature of Server*

_____

*Address of Server*

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

**May 25, 2005**

I hereby certify and return that on 5/23/2005 at  1:00PM I served a true and
attested copy of the Summons and Complaint in this action in the following manner:
To wit, by delivering in hand to I.Ferrar,  agent and person in charge at the time
of service for Ann Abbott, CNM, an employee of the Joseph Smith Community Health
Center, at U.S. Courthouse - U.S. Attorney's Office,  1 Courthouse Way,  Suite 9200
Boston, MA 02210. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00),
Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

**Deputy Sheriff   George Slyva**                                    *Deputy Sheriff*