UNITED STATES DISTRICT COURT OF MASSACHUSETTS
CIVIL ACTION NO. 05-10985 MEL

ANACELY SOTO, PPA, ANA MATOS SOTO  \*
And ANA MATOS SOTO, INDIVIDUALLY,  \*
    Plaintiffs,  \*
        \*
VS.  \*
        \*
THE UNITED STATES OF AMERICA,  \*
ANN ABBOTT, CNM and MARY GREEN, R.N. \*
    Defendants  \*
        \*

### ANSWER OF THE DEFENDANT, MARY GREEN, R.N., TO PLAINTIFFS' COMPLAINT

**COUNT I**

1 – 8 (a-e).
    As Count I, Paragraphs 1 – 8 (a-e) of Plaintiffs' Complaint do not relate to this Defendant, the Defendant, Mary Green, R.N., states no answer is required.

**COUNT II**

1 – 3.  As Count II, Paragraphs 1 – 3 of Plaintiffs' Complaint do not relate to this Defendant, the Defendant, Mary Green, R.N., states no answer is required.

**COUNT III**

1 – 6.  As Count III, Paragraphs 1 – 6 of Plaintiffs' Complaint do not relate to this Defendant, the Defendant, Mary Green, R.N., states no answer is required.

**COUNT IV**

1 – 7.  As Count IV, Paragraphs 1 – 7 of Plaintiffs' Complaint do not relate to this Defendant, the Defendant, Mary Green, R.N., states no answer is required.

**COUNT V**

1 – 3.  As Count V, Paragraphs 1 – 3 of Plaintiffs' Complaint do not relate to this Defendant, the Defendant, Mary Green, R.N., states no answer is required.

**COUNT VI**

1 – 6.  As Count VI, Paragraphs 1 – 6 of Plaintiffs' Complaint do not relate to this Defendant, the Defendant, Mary Green, R.N., states no answer is required.

**COUNT VII**

1 – 7.  As Counts VII, Paragraphs 1 – 7 of Plaintiffs' Complaint do not relate to this Defendant, the Defendant, Mary Green, R.N., states no answer is required.

**COUNT VIII**

1 – 4.  As Counts VIII, Paragraphs 1 – 4 of Plaintiffs' Complaint do not relate to this Defendant, the Defendant, Mary Green, R.N., states no answer is required.

**COUNT IX**

1. The Defendant, Mary Green, R.N., is without sufficient knowledge or information to either admit or deny the allegations of Paragraph 1, Count IX of Plaintiffs' Complaint.

2. The Defendant, Mary Green, R.N., admits the allegations of Paragraph 2, Count IX of Plaintiffs' Complaint.

3. The Defendant, Mary Green, R.N., admits that she held herself out as a registered nurse and denies the remaining allegations of Paragraph 3, Count IX of Plaintiffs' Complaint.

4. The Defendant, Mary Green, R.N., denies the allegations of Paragraph 4, Count IX of Plaintiffs' Complaint.

5 (a-e). The Defendant, Mary Green, R.N., denies the allegations of Paragraph 5 (a-e), Count IX of Plaintiffs' Complaint.

6. The Defendant, Mary Green, R.N., denies the allegations of Paragraph 6, Count IX of Plaintiffs' Complaint.

**COUNT X**

1. The Defendant, Mary Green, R.N., repeats and incorporates by reference her answers to Paragraphs 1 – 4 of Count IX as if set forth in their entirety.

2. The Defendant, Mary Green, R.N., denies the allegations of Paragraph 2, Count X of Plaintiffs' Complaint.

3. The Defendant, Mary Green, R.N., denies the allegations of Paragraph 3, Count X of Plaintiffs' Complaint.

4. The Defendant, Mary Green, R.N., denies the allegations of Paragraph 4, Count X of Plaintiffs' Complaint.

5. The Defendant, Mary Green, R.N., denies the allegations of Paragraph 5, Count X of Plaintiffs' Complaint.

6. The Defendant, Mary Green, R.N., denies the allegations of Paragraph 6, Count X of Plaintiffs' Complaint.

7. The Defendant, Mary Green, R.N., denies the allegations of Paragraph 7, Count X of Plaintiffs' Complaint.

**COUNT XI**

1. The Defendant, Mary Green, R.N., is without sufficient knowledge or information to either admit or deny the allegations of Paragraph 1, Count XI of Plaintiffs' Complaint.

2. The Defendant, Mary Green, R.N., admits the allegations of Paragraph 2, Count XI of Plaintiffs' Complaint.

3. The Defendant, Mary Green, R.N., repeats and incorporates by reference her answers to all allegations contained in aforementioned Counts pleaded against her as if fully set forth in their entirety.

4. The Defendant, Mary Green, R.N., denies the allegations of Paragraph 4, Count XI of Plaintiffs' Complaint.

### AFFIRMATIVE DEFENSES

The Defendant, Mary Green, R.N., states the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

The Defendant says that some or all of Plaintiffs' claims are barred by reasons of the applicable Statute of Limitations.

### SECOND AFFIRMATIVE DEFENSE

The Defendant states that if the Plaintiffs prove that the Defendant was negligent as alleged, the Plaintiffs were negligent to a greater degree than the Defendant and are barred from recovery under comparative negligence law of the Commonwealth of Massachusetts.

### THIRD AFFIRMATIVE DEFENSE

The Defendant states the Plaintiffs' Complaint should be dismissed pursuant to Fed.R.Civ.P. 12(b)(4) and 12(b)(5) for insufficient process and service of process.

### FOURTH AFFIRMATIVE DEFENSE

The Defendant states that the Plaintiffs' Complaint should be dismissed pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon relief can be granted.

### FIFTH AFFIRMATIVE DEFENSE

The Defendant states that the injury or damage to the Plaintiffs, if any, was caused by the act, omission and/or negligence of some other person or persons for whose conduct the Defendant is not responsible.

### SIXTH AFFIRMATIVE DEFENSE

The Defendant states that the injuries alleged were caused in whole or in part by the negligence of the Plaintiffs.

### SEVENTH AFFIRMATIVE DEFENSE

The Defendant states that the injuries alleged were caused by the intervening and/or superseding acts of third persons for which the Defendant is not liable.

### EIGHTH AFFIRMATIVE DEFENSE

The Defendant states that the Plaintiffs' recovery for past and future medical expenses is limited pursuant to the provisions set forth in G.L. c.231, §§ 60B, 60G and 60H.

### NINETH AFFIRMATIVE DEFENSE

If the Plaintiffs underwent the medical procedures alleged, they did so after being properly informed and cognizant of any material risk and uncertainties involved in said procedures, and that the Plaintiffs exercised informed consent to the performance of said procedures.

### TENTH AFFIRMATIVE DEFENSE

This court lacks subject matter jurisdiction.

The Defendant reserves the right to assert further affirmative defenses upon completion of discovery.

**THE DEFENDANT, MARY GREEN, R.N., DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

DEFENDANT MARY GREEN, R.N.,
By her attorneys,

*/s/ Susan D. Murphy*
Susan Donnelly Murphy, BBO #129925
Margret R. Cooke, BBO #630965
Murphy & Riley, P.C.
141 Tremont Street, 11th Floor
Boston, MA 02111
(617) 423-3700

## CERTIFICATE OF SERVICE

I, **Susan Donnelly Murphy of Murphy & Riley, P.C.**, attorney for the **Defendant, Mary Green, R.N.**, certify that on June 8, 2005, I served a copy of:

Answer of the Defendant, Mary Green, R.N., to Plaintiffs' Complaint

upon all parties of record via first class mail as follows:

Elizabeth N. Mulvey, Esquire
Crowe & Mulvey, LLP
141 Tremont Street, Suite 8
Boston, MA 02111

                      DEFENDANT MARY GREEN, R.N.,
                      By her attorney,

                      /s/ Susan D. Murphy
                      Susan Donnelly Murphy, BBO #129925
                      Murphy & Riley, P.C.
                      141 Tremont Street, 11th Floor
                      Boston, MA 02111
                      (617) 423-3700