UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANACELY SOTO, ppa, ANA MATOS SOTO )<br>and ANA MATOS SOTO, Individually )<br>   Plaintiffs )<br>)<br>VS. )<br>)<br>UNITED STATES OF AMERICA )<br>ANN ABBOTT, CNM, and MARY GREEN, R.N. )<br>   Defendants ) | CIVIL ACTION<br>NO: 05-10985 MEL |

### MOTION OF THE DEFENDANT, ANN ABBOTT, CNM, TO TRANSFER THE CLAIMS AGAINST HER TO MASSACHUSETTS SUPERIOR COURT FOR THE LIMITED PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL

Now comes the defendant, Ann Abbott, CNM, and hereby moves pursuant to M.G.L. c. 231, § 60B that the claims against her be transferred to the Massachusetts Superior Court for the limited purpose of convening a Medical Malpractice Tribunal. In support of this motion the said defendant relies on the Memorandum attached hereto.

By her attorneys,

FICKSMAN & CONLEY, LLP

_____
JOHN D. CASSIDY
BBO # 078480
98 North Washington Street-Suite 500
Boston, MA 02114
(617) 720-1515

### CERTIFICATE OF SERVICE

I, John D. Cassidy, attorney for said defendant, hereby certify that I have this day served a copy of the foregoing Motion upon all counsel by mailing a copy thereof, postage prepaid, directed to: Elizabeth N. Mulvey, Atty., Crowe and Mulvey, LLP, 141 Tremont Street, Boston, MA, 02111 and Susan Donnelly Murphy, Atty., Murphy & Riley, P.C., 141 Tremont Street, Boston, MA, 02111.

Signed under the penalties of perjury.

DATED:   August 11, 2005

_____
JOHN D. CASSIDY
BBO # 078480