UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANACELY SOTO, ppa, ANA MATOS SOTO and ANA MATOS SOTO, Individually<br>    Plaintiffs<br><br>VS.<br><br>UNITED STATES OF AMERICA<br>ANN ABBOTT, CNM, and MARY GREEN, R.N.<br>    Defendants | CIVIL ACTION<br>NO: 05-10985 MEL |

### MEMORANDUM OF THE DEFENDANT, ANN ABBOTT, CNM, IN SUPPORT OF HER MOTION TO TRANSFER THE CLAIMS AGAINST HER TO THE MASSACHUSETTS SUPERIOR COURT FOR THE LIMITED PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL

**BACKGROUND**

In the above-captioned matter the plaintiff, Ana Matos Soto, Individually and as the Mother of Anacely Soto alleges that the defendant, Ann Abbott, CNM, rendered negligent medical care to the plaintiffs. The said defendant submits that M.G.L. c. 231, § 60B requires that this action be referred, temporarily, to the Massachusetts Superior Court for the limited purpose of convening a medical malpractice tribunal.

**ARGUMENT**

   **MASSACHUSETTS GENERAL LAWS c. 231, § 60B REQUIRES THAT THIS CASE BE TRANSFERRED TO THE MASSACHUSETTS SUPERIOR COURT FOR THE LIMITED PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL.**

   Massachusetts General Laws c. 231, § 60B provides that every "action for malpractice, error or mistake against the provider of healthcare shall be heard by a tribunal" consisting of a single Justice of the Superior Court, a physician and an attorney. Pursuant to the terms of this statute, all treatment related claims must therefore be referred to a medical malpractice tribunal.

-2-

*Little v. Rosenthal*, 376 Mass. 573, 382 N.E.2d 1037 (1978). Where a medical malpractice action has been brought in a Court other than the Massachusetts Superior Court, the Court in which the action is brought should transfer the case to the Massachusetts Superior Court for the limited purpose of convening a medical malpractice tribunal. M.G.L. c. 231, § 60B; *Feinstein v. Massachusetts General Hospital*, 643 F.2d 880 (C.A. Mass. 1981); *Austin v. Boston University Hospital*, 363 N.E.2d 515, 372 Mass. 654 (1977).

Count VI of the plaintiffs' Complaint claims, among other things, that the defendant, Ann Abbott, CNM, acted negligently causing conscious pain and suffering and death. These allegations deal specifically with claims of inadequate or negligent treatment of the plaintiffs by the defendant, Ann Abbott, CNM and constitute an "action for malpractice, error or mistake." Therefore a medical malpractice tribunal hearing must be convened pursuant to Massachusetts General Laws c. 231, § 60B; *Little v. Rosenthal*, 376 Mass. 573, 382 N.E.2d 1037 (1978). Accordingly, this action should be transferred to the Massachusetts Superior Court for the limited purpose of convening a medical malpractice tribunal, in accordance with M.G.L. c. 231, § 60B.

-3-

## CONCLUSION

For all of the foregoing reasons, the defendant, Ann Abbott, CNM respectfully requests that this Honorable Court transfer this case to the Massachusetts Superior Court for the limited purpose of convening a medical malpractice tribunal.

By her attorneys,

FICKSMAN & CONLEY, LLP

_____
JOHN D. CASSIDY
BBO # 078480
98 North Washington Street-Suite 500
Boston, MA 02114
(617) 720-1515

## CERTIFICATE OF SERVICE

I, John D. Cassidy, attorney for said defendant, hereby certify that I have this day served a copy of the foregoing Motion upon all counsel by mailing a copy thereof, postage prepaid, directed to: Elizabeth N. Mulvey, Atty., Crowe and Mulvey, LLP, 141 Tremont Street, Boston, MA, 02111 and Susan Donnelly Murphy, Atty., Murphy & Riley, P.C., 141 Tremont Street, Boston, MA, 02111.

Signed under the penalties of perjury.

DATED:   August 11, 2005

_____
JOHN D. CASSIDY
BBO # 078480