UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANACELY SOTO, ppa, ANA MATOS SOTO | ) | |
| and ANA MATOS SOTO, Individually | ) | |
|     Plaintiffs | ) | |
| | ) | CIVIL ACTION |
| VS. | ) | NO: 05-10985 MEL |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| ANN ABBOTT, CNM, and MARY GREEN, R.N. | ) | |
|     Defendants | ) | |

## ANSWER OF THE DEFENDANT, ANN ABBOTT, CNM, TO THE PLAINTIFFS' COMPLAINT

Now comes the defendant, Ann Abbott, CNM, and makes answer to the plaintiffs'

Complaint as follows:

### FIRST DEFENSE

COUNT I

The allegations contained in Paragraphs 1 through 8 of Count I of the plaintiffs'
Complaint do not apply to this said defendant.

COUNT II

The allegations contained in Paragraphs 1 through 3 of Count II of the plaintiffs'
Complaint do not apply to this said defendant.

COUNT III

The allegations contained in Paragraphs 1 through 6 of Count III of the plaintiffs'
Complaint do not apply to this said defendant.

COUNT IV

The allegations contained in Paragraphs 1 through 7 of Count IV of the plaintiffs'
Complaint do not apply to this said defendant.

COUNT V

The allegations contained in Paragraphs 1 through 3 of Count V of the plaintiffs'
Complaint do not apply to this said defendant.

-2-

## COUNT VI

1.    The said defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Count VI of the plaintiffs' Complaint.

2.    The said defendant admits that at all times relevant hereto she was a certified nurse
midwife. The said defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Count VI of the plaintiffs' Complaint.

3.    The said defendant admits that at all times relevant hereto she was a competent, licensed certified nurse midwife. The said defendant denies that she made any representations, express or implied, to the minor plaintiff's parents.

4.    The said defendant denies the allegations contained in Paragraph 4 of Count VI of the plaintiffs' Complaint.

5.    The said defendant denies the allegations contained in Paragraph 5(a-e) of Count VI of the plaintiffs' Complaint.

6.    The said defendant denies the allegations contained in Paragraph 6 of Count VI of the plaintiffs' Complaint.

## COUNT VII

1.    The said defendant repeats and reavers her answers to Paragraphs 1 through 4 of Count VI of the plaintiffs' Complaint.

2.    The said defendant denies the allegations contained in Paragraph 2 of Count VII of the plaintiffs' Complaint.

3.    The said defendant denies the allegations contained in Paragraph 3 of Count VII of the plaintiffs' Complaint.

4.    The said defendant denies the allegations contained in Paragraph 4 of Count VII of the plaintiffs' Complaint.

5.    The said defendant denies the allegations contained in Paragraph 5 of Count VII of the plaintiffs' Complaint.

6.    The said defendant denies the allegations contained in Paragraph 6 of Count VII of the plaintiffs' Complaint.

-3-

7.    The said defendant denies the allegations contained in Paragraph 7 of Count VII of the plaintiffs' Complaint.

## COUNT VIII

1.    The said defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Count VIII of the plaintiffs' Complaint.

2.    The said defendant admits that at all times relevant hereto she was a certified nurse
midwife. The said defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Count VIII of the plaintiffs' Complaint.

3.    The said defendant repeats and reavers her answers to the aforementioned Counts of the plaintiffs' Complaint.

4.    The said defendant denies the allegations contained in Paragraph 4 of Count VIII of the plaintiffs' Complaint.

## COUNT IX

The allegations contained in Paragraphs 1 through 6 of Count IX of the plaintiffs' Complaint do not apply to this said defendant.

## COUNT X

The allegations contained in Paragraphs 1 through 7 of Count X of the plaintiffs' Complaint do not apply to this said defendant.

## COUNT XI

The allegations contained in Paragraphs 1 through 4 of Count XI of the plaintiffs' Complaint do not apply to this said defendant.

## SECOND DEFENSE

And further answering the said defendant says that the Complaint, and each and every count thereof, fails to state a cause of action.

-4-

### THIRD DEFENSE

And further answering, the said defendant says that the plaintiff was not in the exercise of due care, but rather the negligence of the plaintiff contributed to cause the injury or damage complained of, wherefore the recovery of the plaintiff is barred in whole or in part, or is subject to diminution.

### FOURTH DEFENSE

And further answering, the said defendant says that the plaintiff assumed the risk of injury and damage and cannot recover in this action.

### FIFTH DEFENSE

And further answering, the said defendant says that this action has not been brought within the time specified by the General Laws of this Commonwealth.

### SIXTH DEFENSE

And further answering, the said defendant says that the within action is barred by the provisions of the Massachusetts General Laws, Chapter 258.

### SEVENTH DEFENSE

And further answering, the said defendant says that the within action is barred by the Federal Tort Claims Act.

-5-

## EIGHTH DEFENSE

And further answering, the said defendant says that she is immune from liability under Federal Law.

### DEFENDANT, ANN ABBOTT, CNM, REQUESTS A TRIBUNAL HEARING AND CLAIMS A TRIAL BY JURY

By her attorneys,

FICKSMAN & CONLEY, LLP

JOHN D. CASSIDY
BBO # 078480
98 North Washington Street
Suite 500
Boston, MA 02114
(617) 720-1515

## CERTIFICATE OF SERVICE

I, John D. Cassidy, attorney for said defendant, hereby certify that I have this day served a copy of the foregoing Answer upon all counsel by mailing a copy thereof, postage prepaid, directed to: Elizabeth N. Mulvey, Atty., Crowe and Mulvey, LLP, 141 Tremont Street, Boston, MA, 02111 and Susan Donnelly Murphy, Atty., Murphy & Riley, P.C., 141 Tremont Street, Boston, MA, 02111.

Signed under the penalties of perjury.

DATED:        August 11, 2005

JOHN D. CASSIDY
BBO # 078480