UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANACELY SOTO, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>UNITED STATES, ANN ABBOTT, )<br>and MARY GREEN, )<br>Defendants. )<br>) | Civil Action No. 05-10985-MEL |

### STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST THE DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiffs, Anacely Soto, ppa Ana Matos Soto and Ana Matos Soto, individually, hereby submit to this Court their stipulation of dismissal of all claims against the defendants, United States of America, Ann Abbott, and Mary Green, in this matter, each party to bear its own costs and fees.

Respectfully submitted,

| **UNITED STATES OF AMERICA,** | **ANACELY SOTO,**<br>**PPA ANA MATOS SOTO and**<br>**ANA MATOS SOTO, INDIVIDUALLY,** |
|---|---|
| Defendant, | Plaintiffs, |
| By its attorney, | By their attorney, |
| MICHAEL J. SULLIVAN<br>United States Attorney<br>By:  /s/ Gina Y. Walcott-Torres<br>Gina Y. Walcott-Torres<br>Assistant U.S. Attorney<br>Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3369 | /s/ Florence Carey<br>Florence Carey, Esq.<br>Elizabeth N. Mulvey, Esq.<br>Crowe & Mulvey, LLP<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 426-4488 |

| | |
|---|---|
| **MARY GREEN** | **ANN ABBOTT** |
| Defendant, | Defendant, |
| By her attorney, | By her attorney, |
| /s/ Susan Donnelly Murphy | /s/ John D. Cassidy |
| Susan Donnelly Murphy, Esq. | John D. Cassidy, Esq. |
| Murphy & Riley, P.C. | Ficksman & Conley, LLP |
| 141 Tremont Street | 98 N. Washington St. |
| Boston, MA 02111 | Boston, MA 02114 |
| (617) 423-3700 | (617) 720-1515 |